NO. 07-12-0471-CR
NO. 07-12-0472-CR
NO. 07-12-0473-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 28, 2012
_____

HERMINIO GARZA, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 242nd DISTRICT COURT OF HALE COUNTY;

NOS. B19126-1203, B19127-1203 & B19128-1203;
HONORABLE ED SELF, JUDGE
_____

*On Motions to Dismiss*
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before this court are motions to dismiss the appeals signed by both appellant Herminio Garza, Jr. and his attorney. Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant=s request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

Do not publish.                                                                                          Per Curiam